IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0568

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JORY JERAE SONGER,

Defendant and Appellant.

O R D E R

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing.

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 17, 2025, within which to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 16 2025